IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARGARETTE OSCAR | ) |
| | ) Case No. 19-13384 |
| Debtor, | ) Chapter 13 |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

*TO: See Attached Service List*
Margarette Oscar, 2418 Green Bay Rd Highland Park, IL 60035

Glenn Stearns, Chapter 13 Trustee; 801 Warrenville Rd, Suite 650, Lisle, IL 60532-4350

Office of the U.S. Trustee, Dirksen Federal Court House, 219 S. Dearborn St, Room 873, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Friday December 6, 2019 at 9:30 A.M., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar or any judge sitting in his courtroom of the United States Bankruptcy Court of the Northern District of Illinois, Eastern Division, 301 S Greenleaf Ave, Room A, Park City, IL 60085 and shall then and there present the attached Motion to Withdraw as Counsel.

### CERTIFICATE OF SERVICE

I, the undersigned, a licensed attorney, certify that I caused the attached Notice and Motion to Withdraw as Counsel to be placed in the U.S. Mail at 950 Main St, Antioch, IL 60002 in envelopes properly addressed to the parties indicated above at the addresses indicated above, postage prepaid, before the hour of 5:00 P.M. on November 15, 2019.

_____
Thomas C. O'Brien

Antioch Legal, Ltd.
950 Main Street
Antioch, Illinois 60002
(847) 838-1100 phone
(847) 838-1101 fax
tom@tomobrienlaw.com

```
Label Matrix for local noticing          PRA Receivables Management, LLC         U.S. Bankruptcy Court
0752-1                                   PO Box 41021                            Eastern Division
Case 19-13384                            Norfolk, VA 23541-1021                  219 S Dearborn
Northern District of Illinois                                                    7th Floor
Eastern Division                                                                 Chicago, IL 60604-1702
Fri Nov 15 14:46:12 CST 2019

Bank of America                          Bank of America, N.A.                   Certified Services Inc
P.O. Box 15796                           PO Box 31785                            Attn: Bankruptcy Dept
Wilmington, DE 19850-5796                Tampa, FL 33631-3785                    1300 N Skokie Highway Suite 103a
                                                                                 Gurnee, IL 60031-2144

Chase                                    Dickler Kahn Slowikowski & Zavell       Gordon Flesch Company, Inc.
P.O. Box 94014                           85 W. Algonquin Rd Ste 420              c/o Dickler Kahn Slowikowski & Zavell, L
Palatine, IL 60094-4014                  Arlington Heights, IL 60005-4419        85 W. Algonquin Road, Ste 420
                                                                                 Arlington Heights, IL 60005-4419

Gordon Flesch c/o                        Internal Revenue Service                LVNV Funding LLC
Stafford Rosenbaum LLP                   PO Box 7346                             PO Box 10587
1200 N Mayfair Rd #430                   Philadelphia, PA 19101-7346             Greenville, SC 29603-0587
Milwaukee, WI 53226-3282

LVNV Funding, LLC                        Navy FCU                                Northern Leasing Syste
Resurgent Capital Services               Attn: Bankruptcy                        525 Washington Blvd
PO Box 10587                             Po Box 3000                             Jersey City, NJ 07310-2603
Greenville, SC 29603-0587                Merrifield, VA 22119-3000

Northern Leasing c/o                     Synchrony Bank                          United Consumer Financial Services
Joseph Sussman                           c/o PRA Receivables Management, LLC     Attn: Bankruptcy
333 Pearsall Ave Ste 205                 PO Box 41021                            Po Box 856290
Cedarhurst, NY 11516-1842                Norfolk, VA 23541-1021                  Louisville, KY 40285-6290

United Consumer Financial Services       Glenn B Stearns                         Margarette Oscar
Bass & Associates, P.C.                  801 Warrenville Road Suite 650          2418 Green Bay Rd
3936 E. Ft. Lowell Rd., Suite 200        Lisle, IL 60532-4350                    Highland Park, IL 60035-1921
Tucson, AZ 85712-1083

Patrick S Layng                          Thomas C O'Brien
Office of the U.S. Trustee, Region 11    Antioch Legal, Ltd.
219 S Dearborn St                        950 Main Street
Room 873                                 Antioch, IL 60002-1537
Chicago, IL 60604-2027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank Of America, N.A.                 (u)Gordon Flesch Company, Inc.          End of Label Matrix
                                                                                 Mailable recipients  22
                                                                                 Bypassed recipients   2
                                                                                 Total                24
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
MARGARETTE OSCAR )
) Case No. 19-13384
Debtor, ) Chapter 13

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 2091-1 of the United States Bankruptcy Court for the Northern District of Illinois, Attorney Thomas C. O'Brien ("Movant") respectfully moves this court for leave to withdraw as counsel for the Debtor in the above captioned matter. In support of this motion, Movant states as follows:

1. Movant was retained to file a Chapter 13 bankruptcy for Debtor.

2. Movant has tendered an Amended plan on November 1, 2019. The plan was a duly confirmable plan; one that meets the good faith test and provides for the correct amount of dividend for general unsecured creditors per the means test, is based on debtor's relevant non-exempt assets, and also takes into account debtor's Household income and expenses.

3. Despite agreeing to the filing of aforesaid confirmable plan, Debtor informed Movant that she wants to rescind that plan, and file a plan proposing only $700 per month to creditors, as Debtor feels the plan does not take into account her accurate income and expenses.

4. Debtor believes that income and expenses should be based solely on her own earnings, despite her marriage. Movant has explained several times why this is not the case; but cannot get the Debtor to see reason.

5. Accordingly, Movant respectfully requests that he be granted leave to withdraw as counsel in this matter, as the Debtor and Movant cannot come to a meeting of the minds on this matter.

WHEREFORE, Movant requests that this honorable Court enter an order granting him leave to withdraw as counsel for Debtor and granting such other and further relief that the Court deems just and appropriate.

Dated: November 15, 2019

Respectfully submitted,

_____
Thomas C. O'Brien

Antioch Legal, Ltd.
950 Main Street
Antioch, Illinois 60002
(847) 838-1100 phone
(847) 838-1101 fax
tom@tomobrienlaw.com